Dennis E. McIntosh, Farmington, for appellant.

Donald E. Gillihan, Farmington, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

Keith Hawkins appeals from a judgment in a judge tried case in favor of Morton Buildings, Inc. for the unpaid sum of the agreement price plus interest, reasonable attorney's fees, and costs. Hawkins also appeals from a judgment for Morton on his counterclaim.

We affirm the judgment pursuant to Rule 84.16(b). An opinion reciting the detailed facts and restating the principles of law would have no precedential value. A memorandum, solely for the use of the parties involved, has been provided explaining the reasons for our holding.

Michelle S. House, Armstrong, Teasdale, Schlafly, Davis & Dicus, St. Louis, for appellant.

Richard J. Eisen, Lawrence G. Gillespie, Eisen, Gillespie, & Hilton, St. Louis, for respondent.

Before CRANE, P.J., and CRANDALL and DOWD, JJ.

*ORDER*

PER CURIAM.

This is an appeal from a decree of dissolution of marriage. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron,* 536 S.W.2d 30, 32 (Mo. banc 1976).

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

---

**In re MARRIAGE OF Charles A. BLOCK and Betty J. Block.**

**Charles A. BLOCK, Petitioner/Appellant,**

v.

**Betty J. BLOCK, Respondent/Respondent.**

No. 66130.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 13, 1995.

**Lindzey SMITH, et al., Plaintiffs–Appellants,**

v.

**DH STORES, INC., Respondent–Respondent.**

No. 67021.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 13, 1995.